CHICAGO—FIRST DISTRICT—APRIL, 1917.    313

Franzke v. Chicago Stock Yards & Transit Co., 205 Ill. App. 313.

August Franzke, Complainant, v. Chicago Stock Yards
& Transit Company et al., Defendants.
John S. Level, Cross-Complainant, v. Chicago Stock
Yards & Transit Company et al., Defendants.
Urban A. Lavery (Intervening Petitioner), Appellee,
v. C. S. Bellamy (Defendant), Appellant.

Gen. No. 22,737.    (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. FRED-
ERICK A. SMITH, Judge, presiding. Heard in this court at the Octo-
ber term, 1916. Affirmed. Opinion filed April 16, 1917.

## Statement of the Case.

Bill by August Franzke, complainant, against the
Chicago Stock Yards & Transit Company and others,
defendants, to foreclose a trust deed given to secure
twenty-five notes of the face value of $25,000, in which
John S. Level filed cross-bill setting up title and own-
ership of one of said notes, and in which, after decree
in favor of cross complainant for $1,213.88, Urban A.
Lavery filed intervening petition setting up title by
assignment to $625 of the money in the hands of the
master, which under said decree would otherwise be
the money of cross complainant, to which petition C. S.
Bellamy filed answer claiming by purchase from cross
complainant all his right, title and interest in said
decree. From a decree in favor of the petitioner,
defendant Bellamy appeals.

CHASE R. RANKIN, for appellant.

MONTGOMERY, HART, SMITH & STEERE, for appellee.

MR. JUSTICE DEVER delivered the opinion of the
court.

## Abstract of the Decision.

1. MORTGAGES, § 578*—*what constitutes assignment of interest in decree of foreclosure and not of debt.* Where, pending a suit to foreclose a trust deed given to secure certain notes, the holder of one of the notes assigned his interest in the subject-matter of the suit, *held* that such was not an assignment of such holder's note but of his interest in any decree which might be rendered in the suit and of his right and title to a chose in action.

2. MORTGAGES, § 578*—*what are rights of assignees of interest of cross complainant in decree.* Where, after a decree was entered in a foreclosure suit finding and adjudging a certain cross complainant was entitled to a certain sum under the trust deed sued on, the cross complainant assigned all his interest in the decree, *held* that the assignee took such interest subject to all the equities and rights then existing in prior assignees of the same fund.

3. ASSIGNMENTS, § 24*—*what does not affect right and title of assignee under.* The right and title of an assignee under an assignment of a chose in action being sued upon, which was valid as against subsequent assignees to the fund assigned, would not be affected by the filing in court of a subsequent assignment.